[No. 12633–8–II.  Division Two.  June 1, 1990.]

DOXON MOTORS, INC., *Respondent,* v. SVERRE O. STAURSET, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–2–04445–2, William L. Brown, Jr., J., entered February 24, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 24407–8–I.  Division One.  June 4, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES F. BLAIR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–01656–3, James J. Dore, J., entered June 12, 1989. *Remanded* by unpublished per curiam opinion.

[No. 22637–1–I.  Division One.  June 4, 1990.]

ESTHER S. BISHOP, *Respondent,* v. MIKE REILLY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–2–11284–3, Nancy A. Holman, J., entered July 22, 1990. *Reversed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Winsor, J.